# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MARIA SANCHEZ** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.**   3:21-cv-00165 |
| | § | |
| **ALDI TEXAS, LLC** | § | |
| *Defendant.* | § | |

## <u>INDEX OF STATE COURT FILE</u>

The following is an index identifying each state court document and the date in which each

document was filed in the 192nd Judicial District Court, Dallas County, Texas.

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| 2 | | State Court File |
| 2a | 01/25/2021 | Docket Sheet |
| 2b | 01/07/2021 | Plaintiff's Original Petition |
| 2c | 01/07/2021 | Plaintiff's Letter Requesting Issuance of Citation |
| 2d | 01/19/2021 | Return of Service for ALDI Texas LLC |
| 2e | 01/19/2021 | ALDI (Texas) LLC's Original Answer |
| 2f | 01/19/2021 | ALDI (Texas) LLC's Request for Jury Trial |

# EXHIBIT 2a

# Case Information

DC-21-00178 | MARIA SANCHEZ vs. ALDI TEXAS LLC

Case Number
DC-21-00178

Court
192nd District Court

Judicial Officer
SMITH, CRAIG

File Date
01/07/2021

Case Type
PROPERTY

Case Status
OPEN

# Party

PLAINTIFF
SANCHEZ, MARIA

Active Attorneys ▾
Lead Attorney
BAUGUSS, JAMES L, III
Retained

DEFENDANT
ALDI TEXAS LLC

Address
REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

Active Attorneys ▾
Lead Attorney
SARGENT, DAVID LYNN
Retained

# Events and Hearings

01/07/2021 NEW CASE FILED (OCA) - CIVIL

01/07/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

01/07/2021 CORRESPONDENCE - LETTER TO FILE ▾

FIRM COVER LETTER

01/07/2021 ISSUE CITATION

01/08/2021 CITATION ▾

Served
01/15/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
01/19/2021
Comment
ALDI TEXAS LLC

01/19/2021 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

01/19/2021 JURY DEMAND ▾

JURY DEMAND

01/19/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - ALDI TEXAS, LLC

    Comment
    EXECUTED CITATION - ALDI TEXAS, LLC

## Financial

SANCHEZ, MARIA

|  |  |  |  |  |
|---|---|---|---|---|
|  | Total Financial Assessment |  |  | $300.00 |
|  | Total Payments and Credits |  |  | $300.00 |
| 1/7/2021 | Transaction Assessment |  |  | $300.00 |
| 1/7/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 1183-2021-DCLK | SANCHEZ, MARIA | ($300.00) |

ALDI TEXAS LLC

|  |  |  |  |  |
|---|---|---|---|---|
|  | Total Financial Assessment |  |  | $40.00 |
|  | Total Payments and Credits |  |  | $40.00 |
| 1/20/2021 | Transaction Assessment |  |  | $40.00 |
| 1/20/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 3565-2021-DCLK | ALDI TEXAS LLC | ($40.00) |

## Documents

ORIGINAL PETITION

FIRM COVER LETTER

ORIGINAL ANSWER

JURY DEMAND

EXECUTED CITATION - ALDI TEXAS, LLC

# EXHIBIT 2b

FILED
1/7/2021 10:17 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Angie Avina DEPUTY

CAUSE NO. _____  DC-21-00178

| | |
|---|---|
| MARIA SANCHEZ,<br>Plaintiff, | IN THE DISTRICT COURT |
| v. | 192ND JUDICIAL DISTRICT |
| ALDI TEXAS LLC,<br>Defendant. | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARIA SANCHEZ, Plaintiff, and files Plaintiff's Original Petition, complaining of Defendant, ALDI TEXAS LLC, and would show unto the Court as follows:

### I. SELECTION OF DISCOVERY LEVEL

1.  This suit is governed by discovery control plan II under Rule 190.3 of the Texas Rules of Civil Procedure.

### II. PARTIES

2.  Plaintiff, MARIA SANCHEZ, is an individual who resides at 3715 Coker Street Apartment 109, Irving TX 75062.

3.  Defendant, ALDI TEXAS LLC, is a corporation that may be served through its President, Vice-President or Registered Agent, C T Corporation System, at 1999 Bryan Street Suite 900, Dallas, TX 75201. Citation is being requested for this Defendant and service will be completed by a private process server.

### III. JURISDICTION & VENUE

4.      The Court has continuing jurisdiction over Defendant, because Defendant maintains minimum contacts with the State of Texas.  The Court has jurisdiction over the controversy, because the damages are within the statutory jurisdictional limits of the Court.

5.      Venue is proper in Dallas  County, Texas, because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County.

### IV. FACTS

6.      On May 31, 2020 Plaintiff was injured on the premises located at 2926 North Belt Line Road, Irving, TX . Plaintiff, Maria Sanchez, was walking down an aisle when she slipped on an empty bread tray that was left out. At the time of injury, the premises were being used as a retail store by Defendant, ALDI Texas LLC.

7.      Defendant was in control of the premises on which Plaintiff's injuries occurred. At the time the injuries occurred, Defendant was the owner of the premises or leasing the premises and had the exclusive right to control the property on which Plaintiff was injured.

8.      Plaintiff was an invitee at the time the injury occurred. Plaintiff entered on Defendant's premises for the mutual benefit of  herself and Defendant and at the implied invitation of Defendant. Defendant extended an open invitation to the public to enter the premises.

### V. NEGLIGENCE

9.      Because Plaintiff was an invitee at the time of injury, Defendant, ALDI Texas LLC, owed a duty to exercise ordinary care to keep the premises in reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.

10.      Defendant's conduct, and that of its agents, servants, and employees, acting within the scope of their employment, constituted a breach of the duty of ordinary care owed to Plaintiff. Defendant knew or should have known that the condition on its premises created an unreasonable risk of harm to invitees. Specifically, Defendant breached its duty

in one or more of the following ways:

1.   Failing to inspect the premises on a regular basis;

2.   Failing to perform needed repairs;

3.   Failing to place signs warning invitees;

4.   Failing to instruct or train its agents, servants, and employees to maintain a hazard free environment;

5.   Failing to remove hazardous obstacles; and

6.   Failing to supervise its agents, servants, and employees to ensure the safety of invitees.

## VI.  DAMAGES

11.   As a proximate result of Defendant's negligence, Plaintiff suffered severe physical injuries. As a result of her injuries, Plaintiff has suffered the following damages:

a.   Physical pain and mental anguish in the past and future;

b.   Medical expenses in the past and future; and

c.   Physical impairment.

## VII.  PRAYER

12.   WHEREFORE, PREMISES CONSIDERED, Plaintiff, MARIA SANCHEZ, respectfully requests that Defendant, ALDI TEXAS LLC, be cited to appear and answer, and on final trial, that Plaintiff have judgment against Defendant for:

a.   Actual damages;

b.   Prejudgment and post judgment interest as allowed by law;

c.   Costs of suit;

d.   monetary relief over $250,000 but not more than $1,000,000; and

e.   Any further relief, either in law or equity, to which Plaintiff is justly entitled.

## VIII. REQUEST FOR DISCLOSURE

Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2 (a) - (l).

Respectfully submitted,

Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, Texas 75041
(972) 263-5555
(817) 263-5555
(972) 682-7586 Facsimile
eService@benabbott.com
*/s/ **James Bauguss III***
James Bauguss III
State Bar No. 24045463


ATTORNEY FOR PLAINTIFF

# EXHIBIT 2c

FILED
1/7/2021 10:17 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Anna Avila DEPUTY

**BEN ABBOTT**

**LESLEY HOLLOWAY**
Managing Partner

# BEN ABBOTT & ASSOCIATES, PLLC
### ATTORNEYS AT LAW

**1934 PENDLETON DRIVE**
**GARLAND, TX 75041**
**Hours: Monday - Friday, 8am - 5pm**

TELEPHONE:  (972) 263-5555
                    (817) 263-5555
PRE-LIT FAX : (214) 635-5949
LIT FAX:         (972) 682-7586
**eService@benabbott.com**

DAVID MALDONADO
JAMES BAUGESS, III
MAHTAB "MATTIE" DOTY
GRIFFIN SCHEUMACK
JOSHUA HANCOCK
TANICA MANN
ROYEAL FRASIER-LEWIS
THOMAS HENDRIX
CHELSEY WATTS
BLANCA MILAN
ANDREW VRANKOVIC
AMANDA GREEN FRENCH

January 7, 2021

□ Via E-Filing
Clerk of Court
Dallas County District Clerk
George L. Allen, Sr., Courts Building          DC-21-00178
600 Commerce Street
Dallas, TX  75202

     RE:   *MARIA SANCHEZ v. ALDI TEXAS LLC*

Dear Clerk:

     Attached for filing is Plaintiff's Original Petition and Request for Disclosure. Please file the original in the court's records and issue citation for the following:

     **ALDI TEXAS LLC**
     **Served through its President, Vice-President or Registered Agent, C T**
     **Corporation System, at 1999 Bryan Street Suite 900, Dallas, TX 75201**

     There will be no copies of the Plaintiff's Original Petition and Request for Disclosure provided or requested. Please return the citation(s) to me via email at eService@benabbott.com.

     Electronic fees in the amount of $300.00 have been submitted to cover costs relating to filing and/or issuance of citations.

     Should you have any questions, please feel free to contact the undersigned.

     Regards,

     Jennifer Zuniga
     Legal Assistant

# EXHIBIT 2d

FILED
1/19/2021 12:29 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

Case 3:21-cv-00165-K   Document 1-2   Filed 01/26/21   Page 15 of 26   PageID 23

## CAUSE NO. DC-21-00178

| | | |
|---|---|---|
| MARIA SANCHEZ, | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | **192ND JUDICIAL DISTRICT** |
| | § | |
| ALDI TEXAS LLC, | § | |
| | § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## RETURN OF SERVICE

Came to my hand on **Friday, January 15, 2021 at 1:11 PM,**
Executed at: **1999 BRYAN STREET, DALLAS, TX 75201**
within the county of **DALLAS** at **2:05 PM,** on **Friday, January 15, 2021,**
by delivering to the within named:

### ALDI TEXAS LLC

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By personally delivering to its **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

#### CITATION and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Ryan McColm** who after being duly sworn on oath states: "My name is **Ryan McColm.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
**Ryan McColm - PSC 6317 - Exp 01/31/23**
served@specialdelivery.com

**Subscribed and Sworn to by Ryan McColm, Before Me, the undersigned authority, on this**
**18th day of January, 2021.**



CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID#12523831-2
My Comm Exp. Mar 21, 2021

_____
**Notary Public in and for the State of Texas**

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:** **ALDI TEXAS LLC**
**BY SERVING REGISTERED AGENT CT, CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900**
**DALLAS TEXAS 75201**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **MARIA SANCHEZ**

Filed in said Court **7th day of January, 2021** against

**ALDI TEXAS LLC**
For Suit, said suit being numbered **DC-21-00178,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **& REQUEST FOR DISCLOSURE**,
a copy of which accompanies this citation. If this citation is not served, it shall be
returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 8th day of January, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
ANGELA CONEJO

**FORWARD THIS TO
YOUR INSURANCE COMPANY**

**MANDE ESTA FORMA
A SU ASEGURANZA**



**ESERVE**

**CITATION**

**DC-21-00178**

**MARIA SANCHEZ**
vs.
**ALDI TEXAS LLC**

ISSUED THIS
**8th day of January, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**JAMES L BAUGUSS, III**
**BEN ABBOTT AND ASSOCIATES PLLC**
**1934 PENDLETON DR**
**GARLAND TEXAS 75041**
**972-263-5555**
eService@benabbott.com

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**
**OFFICER'S RETURN**

Case No. : DC-21-00178

Court No.192nd District Court

Style: MARIA SANCHEZ

vs.

ALDI TEXAS LLC

Came to hand on the _____ day of _____ , 20_____ , at _____ o'clock _____ .M. Executed at _____ ,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____ ,

20_____ , by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|  | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20_____ ,

to certify which witness my hand and seal of office.

_____

Notary Public _____  County _____

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**

# EXHIBIT 2e

FILED
1/19/2021 12:00 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Terri Kilgore DEPUTY

Case 3:21-cv-00165-K   Document 1-2   Filed 01/26/21   Page 19 of 26   PageID 27

CAUSE NO. <u>DC-21-00178</u>

| | | |
|---|---|---|
| **MARIA SANCHEZ** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **192ND JUDICIAL DISTRICT** |
| | § | |
| **ALDI TEXAS, LLC,** | § | |
| | § | |
| | § | |
| *Defendants.* | § | **DALLAS COUNTY, TEXAS** |

---

**DEFENDANT ALDI TEXAS, LLC'S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

 **COMES NOW,** ALDI TEXAS, LLC, Defendant herein, and files its Original Answer to Plaintiff's Original Petition, and in support thereof would respectfully show unto this Honorable Court as follows:

**I.**
**GENERAL DENIAL**

 Defendant denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition and demands strict proof thereof as authorized by Texas Rule of Civil Procedure 92.

**II.**
**REQUEST FOR DISCLOSURE**

 Under Texas Rule of Procedure 194, Defendant requests that Plaintiff disclose, within thirty (30) days of the service of this request, the information or material described in Rule 194.2 of the Texas Rules of Civil Procedure.

**III.**
**NOTICE OF INTENT TO USE DOCUMENTS PRODUCED**
**PURSUANT TO T.R.C.P. 193.7**

Defendant places Plaintiff on notice that pursuant to TEX. R. CIV. P. 193.7, all documents produced by Plaintiff in this litigation are authenticated for use against the producing party in this case and may be used as evidence during pre-trial procedures and at trial of this matter.

**IV.**
**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that upon final hearing hereof, Plaintiff takes nothing by way of her cause of action herein, that Defendant recovers its costs herein expended and for such other and further relief, at law or in equity, to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

**SARGENT LAW, P.C.**

By:    */s/ David L. Sargent*_____
        **DAVID L. SARGENT**
        SBN:  17648700
        David.sargent@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6516 (direct – David Sargent)
(214) 749-6316 (fax – David Sargent)

**ATTORNEYS FOR DEFENDANT**
**ALDI TEXAS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 18th day of January 2021, a true and correct copy of

the foregoing document was forwarded via eFile to counsel for Plaintiff:

**BEN ABBOTT & ASSOCIATES, PLLC**
**James Bauguss III**
State Bar No. 24045463
1934 Pendleton Drive
Garland, TX  75041
(972) 263-5555 (T)
(972) 682-7586 (F)
eService@benabbott.com

_/s/ David L. Sargent_
**DAVID L. SARGENT**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Sargent on behalf of David Lynn Sargent
Bar No. 17648700
david.sargent@sargentlawtx.com
Envelope ID: 49785882
Status as of 1/20/2021 9:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| JAMES BAUGUSS | | eService@benabbott.com | 1/18/2021 11:48:35 AM | SENT |
| Ellen Flood | | ellen.flood@sargentlawtx.com | 1/18/2021 11:48:35 AM | SENT |
| Debbie Yeager | | debbie.yeager@sargentlawtx.com | 1/18/2021 11:48:35 AM | SENT |

Associated Case Party: ALDI TEXAS LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David LSargent | | david.sargent@sargentlawtx.com | 1/18/2021 11:48:35 AM | SENT |

# EXHIBIT 2f

FILED
1/19/2021 12:00 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Terri Kilgore DEPUTY

Case 3:21-cv-00165-K   Document 1-2   Filed 01/26/21   Page 24 of 26   PageID 32

## CAUSE NO. <u>DC-21-00178</u>

| | | |
|---|---|---|
| **MARIA SANCHEZ** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **192ND JUDICIAL DISTRICT** |
| | § | |
| **ALDI TEXAS, LLC,** | § | |
| *Defendant.* | § | **DALLAS COUNTY, TEXAS** |

---

### DEFENDANTS' REQUEST FOR JURY TRIAL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** ALDI TEXAS, LLC, Defendant herein, and requests that a jury trial be held on said cause. A jury fee has been paid by the Defendant.

Respectfully submitted,

**SARGENT LAW, P.C.**

By: */s/ David L. Sargent*
    **DAVID L. SARGENT**
    State Bar No. 17648700
    david.sargent@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6516 (direct)
(214) 749-6316 (fax)

**ATTORNEYS FOR DEFENDANT**
**ALDI TEXAS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 18th day of January 2021, a true and correct copy of

the foregoing document was forwarded via E-File to all counsel on record:

**BEN ABBOTT & ASSOCIATES, PLLC**
**James Bauguss III**
State Bar No. 24045463
1934 Pendleton Drive
Garland, TX  75041
(972) 263-5555 (T)
(972) 682-7586 (F)
eService@benabbott.com


*/s/ David L. Sargent*
**DAVID L. SARGENT**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

David Sargent on behalf of David Lynn Sargent
Bar No. 17648700
david.sargent@sargentlawtx.com
Envelope ID: 49785882
Status as of 1/20/2021 9:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| JAMES BAUGUSS | | eService@benabbott.com | 1/18/2021 11:48:35 AM | SENT |
| Ellen Flood | | ellen.flood@sargentlawtx.com | 1/18/2021 11:48:35 AM | SENT |
| Debbie Yeager | | debbie.yeager@sargentlawtx.com | 1/18/2021 11:48:35 AM | SENT |

Associated Case Party: ALDI TEXAS LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David LSargent | | david.sargent@sargentlawtx.com | 1/18/2021 11:48:35 AM | SENT |