IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-00165-K |
| | § | |
| ALDI (TEXAS) LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 2, 2022. (ECF No. 32). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court GRANTS Aldi's Motion (ECF No. 19) to Enforce the Settlement Agreement.

**SO ORDERED.**

**Signed June 22nd, 2022.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE